■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST WHITE, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed *(see, People ex rel. Douglas v Vincent,* 50

NY2d 901). (Appeal from judgment of Supreme Court, Wyoming County, Ostrowski, J.—habeas corpus.) Present—Callahan, J. P., Doerr, Denman, Pine and Balio, JJ.